JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY SYLVESTER RIDEAU, JR., <br><br> Plaintiff, <br><br> vs. <br><br> MARK D. GREENBERG, et al., <br><br> Defendants. | Case No. EDCV 11-1698-GW (DTB) <br><br> **J U D G M E N T** |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed without prejudice, but without further leave to amend.

Dated: July 12, 2013

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

1